UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF SHEET METAL WORKERS
LOCAL 7 ZONE 1 PENSION FUND, et al.,

    Plaintiffs,

v.

    Case No:1:18-cv-1443
    Hon. JANE M. BECKERING

PRO SERVICES, INC.,

    Defendant.

_____/

Frank McAlpine (P27430)
Attorney for Sheet Metal Workers
P.O. Box 957
426 N. Lincoln
Suttons Bay, MI 49682
(517) 449-3847
fdmcalpine@gmail.com

Elizabeth A. Favaro (P69610)
Attorney for Pro Services Inc.
101 W. Big Beaver Road, Fl 10
Troy, Michigan 48084
(248) 457-7000
efavaro@gmhlaw.com

## STIPULATION AND ORDER TO DISMISS

The Parties, by and through their respective counsel, hereby stipulate that, following execution of a voluntary settlement agreement, Plaintiffs' claims against Defendants in the above matter should be dismissed, with prejudice, with Plaintiffs and Defendant each to bear their own costs and attorneys' fees.

_____
Frank D. McAlpine
Law Offices of Frank McAlpine LLC
Attorney for Plaintiffs

_____
K. Scott Hamilton
Dickinson Wright PLLC
Attorney for Defendant

Date: Apr. 1, 2024

Date: April 1, 2024

## ORDER

The above case is dismissed, with prejudice, and with each of the parties to bear their own costs and attorney's fees. This is a final order and closes the case.

**IT IS SO ORDERED**

Date: __April 2, 2024__                         /s/ Jane M. Beckering
                                                                                     Jane M. Beckering
                                                                                     U. S. District Judge